In Re: Monica Lynn COLEMAN;
Coleman Craten, L.L.C.,
Debtors,

Monica Lynn Coleman,
Debtor–Appellant,

v.

Lori S. Simpson, Chapter 7 Trustee,
Trustee–Appellee.

No. 05–1956.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 4, 2006.

Monica Lynn Coleman, Appellant Pro se. Kevin Gerald Hroblak, Whiteford, Taylor & Preston, L.L.P., Baltimore, Maryland, for Appellee.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monica Lynn Coleman appeals the district court's order affirming the bankruptcy court's order denying her motion to reconsider its prior order denying her motion to replace the Chapter 7 trustee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coleman v. Simpson,* No. CA–04–3453–BEL, BK–99–56381, BK–99–56239, AP–99–5665 (D.Md. July 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*